STEVEN G. KALAR
Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Sophia_Whiting@fd.org

Counsel for Defendant MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 19-420 RS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME FROM NOVEMBER 5, 2019, TO DECEMBER 3, 2019** |
| v. | |
| RAMON RODRIGUEZ MARTINEZ, | |
| Defendant. | |

The above titled matter is currently scheduled for a status hearing on November 5, 2019, at 2:30 p.m. Defense now has a conflict and is unavailable that date. Accordingly, and in order to ensure that Mr. Rodriguez Martinez is adequately represented, the defense requests the status hearing be continued until December 3, 2019, at 2:30 p.m. The government has no objection to the proposed continuance and is available on the requested date.

The parties further stipulate that the time between November 5, 2019, and December 3, 2019, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further agree, and ask the Court to find, that the requested

[PROPOSED] STIPULATED ORDER

exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

| | |
|---|---|
| October 31, 2019<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
| | /S<br>_____<br>MICHAEL RODRIGUEZ<br>Assistant United States Attorney |
| October 31, 2019<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>_____<br>SOPHIA WHITING<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

11/1/19
Dated

RICHARD SEEBORG
United States District Judge