STEVEN G. KALAR
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Elizabeth_falk@fd.org

Counsel for Defendant RODRIGUEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | **Case No.:** CR 19–420 RS |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |
| v. | |
| RAMON RODRIGUEZ-MARTINEZ, | |
| Defendant. | |

The above titled matter is currently scheduled for sentencing on May 12, 2020. In response to COVID-19, the parties agree that this date shall be vacated and the matter be placed on calendar for sentencing on July 21, 2020 at 2:30 p.m. United States Probation Officer has been consulted with and has no objection to the proposed continuance.

\\

\\

\\

IT IS SO STIPULATED.

| | |
|---|---|
| April 14, 2020<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
| | _____/S_____<br>MOLLY PRIEDEMAN<br>Assistant United States Attorney |
| April 14, 2020<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | _____/S_____<br>ELIZABETH FALK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| April 14, 2020<br>Dated | *[signature]*<br>RICHARD SEEBORG<br>United States District Judge |